**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BARBARA M. SWAFFAR                                                      PLAINTIFF

v.                                   No. 4:13CV00631-JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                          DEFENDANT

**<u>JUDGMENT</u>**

  Pursuant to the Order filed in this matter on this date, it is CONSIDERED, ORDERED, and

ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent

with the Order in this case.  This is a "Sentence Four" remand within the meaning of 42 U.S.C.

§ 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

  IT IS SO ORDERED this 10th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE